*Pro Se 15 2016*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Plaintiff(s),

ZAYAS, MYRIAM (MZ)

v.

Defendant(s).

OWENS, KELSEY (KO) CPS-DCYF

DECAMP, JULIE (JD) CPS-DCYF

CASE NO. 2:20-cv-00650 TLF
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(for use only by plaintiffs not in custody)

Jury Trial: ☒ Yes   ☐ No

*CPS-DCYF: Child protective services department of youth and family services.*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

*Pro Se 15 2016*

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | MYRIAM ZAYAS |
| Street Address | 27369 129TH PLACE SE |
| City and County | KENT KING COUNTY |
| State and Zip Code | WASHINGTON 98030 |
| Telephone Number | 360-602-1444 |

B.   Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant 'KO'

| | |
|---|---|
| Name | KELSEY OWENS |
| Job or Title *(if known)* | INVESTIGATOR CPS |
| Street Address | 1313 MEEKER ST SUITE 102 |
| City and County | KENT KING COUNTY |
| State and Zip Code | WASHINGTON 98030 |
| Telephone Number | 253-298-8863 |
| ☐ Individual capacity | ☒ Official capacity |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

*Pro Se 15 2016*

Defendant 'JD'

| | |
|---|---|
| Name | JULIE DECAMP |
| Job or Title *(if known)* | SUPERVISOR CPS |
| Street Address | 1313 MEEKER ST SUITE 102 |
| City and County | KENT KING COUNTY |
| State and Zip Code | WASHINGTON 98030 |
| Telephone Number | 253-254-9255 |
| ☐ Individual capacity | ☒ Official capacity |

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

　☐　Federal officials (a *Bivens* claim)

　☒　State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

## I. <u>42 U.S. Code § 1983.Civil action for deprivation of rights</u>

<u>Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.</u>

## II. <u>The 14th amendment</u>

<u>All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; *nor shall any state deprive any person of life, liberty, or property, without due process of law*; nor deny to any person within its jurisdiction the equal protection of the laws.</u>

### III. The 4th amendment

<u>The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.</u>

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

*Pro Se 15 2016*

1. <u>03/16/2020 KO & JD did not provide proper court documents and case plans required by law after removing child from MZ.</u>

2. <u>03/16/2020 KO & JD removed a child from custody of their mother during a time that the government was on lock down; well aware they were stripping that MZ of their right to procedural due process of the law.</u>

3. <u>The order that MZ was given stated she had 1 dirty UA, stating MZ having a disability congestive heart failure also being a reason .</u>

4. <u>03/17/2020 KO attended a shelter care hearing handing a calendar of dates to be at court to the MZ mother of ACZ and never informing her that all the dates had already been cancelled. Also handing MZ a list of places you can call if you get evicted due to the lock down.</u>

5. <u>KO & JD deprived MZ and ACZ of their life liberty and property without due process of law for a total of 36-40 days.</u>

### III.   STATEMENT OF CLAIM

*State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

6. Feb 2020 to June 2020: The government putting in place a stay at home order and not allowing visits between parents that have children in foster care is leaving the most vulnerable population to suffer, they should realize that not all children are the proper age for a video visit and still need to be held and nurtured. If this order continues the US government should be held liable for breaking the parent child bond.

7. KO & JD took ACZ 03/16/2020 and then closed their doors to the public 1313 Meeker Street Suite 102 has been closed since the day her daughter was taken into custody, limiting her access to her daughter and depriving her rights that are mandated, visits with her child and a right to be heard in court

8. 03/13/2020 KO & JD knew about the upcoming COVID-19 lock down a week before it actually started. The start of the proclamation from the governor was made public on February 29th, 2020. They knew that the courts would be closed until further notice, and still decided to pick up ACZ on the first day Governor Inslee put in a stay home order in place; despite stripping her right to due process of the law immediately. Kent Washington, US

9. Governor orders no visitation between parents and their children in foster care during COVID-19 lock down, and no removing children unless the child is in serious danger.

10. 03/17/2020 to 04/20/2020 MZ did not see, speak to or hold her 5-year-old daughter for 40 days, this was by the far the worst most detrimental pain she had ever felt when losing a child only because she knew, and they did

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

<u>too this is her last child. All of ACZ older siblings were taken from their mother as well for abuse that "might" happen. Kent Washington, US</u>

A. Where did the events giving rise to your claim(s) occur?

<u>Kent Washington USA</u>

B. What date and approximate time did the events giving rise to your claim(s) occur?

<u>05/2019 first encounter with KO</u>

<u>03/16/2020 10am removed plaintiffs' daughter day 1 COVID lockdown</u>

<u>03/16/2020 1:49pm order was actually filed in court</u>

<u>03/17/2020 Shelter care hearing COVID-19 lock down already started.</u>

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

11. <u>In 2019 CPS was called by MZ sons father alleging that she was forcing his 16 year old son to stay home and watch his baby sister while she went to work since she had a very high paying job and they were taking away her child care subsidy leaving $1200 per month for daycare bill, her son at the time skipped school 80% of the time so she told him get on line and</u>

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8

find a high school online. CPS came asked her if it was true, she said Yes. So they paid for her daycare for 1 year and left.

12. 07/2019 Not even 2 months later CPS was back, now his father was telling them she was buying her son weed. Then her son was hit by a car riding his bike down James hill and came into a large settlement from the driver's insurance his father saw dollar signs and picked him up that night. That moment she thought she was rid of CPS she was wrong.

13. MZ claims that KO & JD conducted a negligent investigation. Unable to prove abuse or neglect on ACZ. No imminent danger. The dependency petition was copy and pasted from a dependency dated 2001.

14. The investigation began in May 2019 and despite the case worker required to find abuse or close the case in 90 days KO continued to text and email MZ threatening to remove her child if she did not cooperate. .

15. KO & JD were well aware that they would be taking all of her visits with her daughter away just as soon as they picked her up, they knew because they work at the courthouse and Governor Inslee had stipulations written specifically for their department. Kent Washington, US

16. 03/16/2020-04/27/2020 After taking her daughter they never answered their phones (KO&JD) when she tried to contact them, and she begged them crying to see her daughter almost every single day, they did not reply Kent Washington, US

17.  KO & JD deliberately took ACZ depriving MZ of her rights not allowing visits for weeks, due to governors order, which is why it was written in the

<u>order not to remove children, they used the color of law to make it look like they were allowed to do whatever they want. Kent Washington, US</u>

18. <u>upon the receipt of a report concerning the possible occurrence of abuse or neglect, the law enforcement agency or the department must investigate and provide the protective services section with a report in accordance with chapter 74.13 RCW, KO never investigated anything at all its clear in the dependency petition MZ was never provided any services only accused of things that never happened.</u>

### IV.   INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

1. <u>. As a direct and proximate result of each Defendants' acts and/or omissions as set forth above,</u>
2. <u>Plaintiff has been deprived of the love, companionship, comfort, support, society, care, nurturing of her daughter.</u>
3. <u>MZ endured conscious extreme pain, suffering, fear of permanent loss, humiliation, degradation, misery, and loss of sleep & weight;</u>
4. <u>MZ conscious pain and suffering, pursuant to federal civil rights law.</u>

19. <u>MZ gave birth 02/09/2020 to CZ and gave her up for adoption due to KO constant harassment during her pregnancy about MZ having dirty UA's</u>

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 10

when in fact none of it was true, MZ knew she had marijuana in her system so thought the worst Seattle, Washington, US

### V.     RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

1. Violation of constitutional rights;
2. For compensatory and exemplary damages in an amount according to proof and which is fair, just and reasonable
3. For reasonable costs of this suit and attorneys' fees;
4. For injunctive relief as the Court may deem just, proper, and appropriate; and
5. For such further other relief as the Court may deem just, proper, and appropriate.

### VI.     CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further

*Pro Se 15 2016*

investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/30/2020

Signature of Plaintiff: /s/ myriam zayas

Printed Name of Plaintiff: Myriam Zayas

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 12