**From:** myriam zayas
**To:** WAWDdb_NewCasesSea
**Subject:** Re: Hello.
**Date:** Wednesday, April 29, 2020 10:35:02 AM
**Attachments:** civilcoversheet.pdf
complaintfinal.pdf
Summons in a Civil Action JULIE DECAMP.pdf
Summons in a Civil Action KELSEY FINAL.pdf

I hope I did not forget anything you can call me anytime for payment phone number is 360-602-1444 I will be home all day I have a meeting online at noon to one but otherwise I will be available.

Thank You Myriam Zayas

I did not see a signature box in Summons unless I was supposed to sign at the bottom of the second page. If you need me to fix that let me know.

**From:** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>
**Sent:** Tuesday, April 28, 2020 4:43 PM
**To:** myriam zayas <marandjazzmom@live.com>
**Subject:** RE: Hello.

Dear Ms. Zayas,

We must have your documents prior to taking any payment.

If you submit your forms via this email, please indicate what number to reach you at for payment by credit card. Do not provide the credit card information in the email.

If you are going to mail in your forms or deliver them to the courthouse (we have a drop box in the lobby), you can attach a check or money order to your documents. (Make the check or money order out to Clerk, US District Court).

Per your email, you will submit a different complaint than the one attached so I will disregard the prior email and complaint. We will wait to receive all your documents.

Thank you,


Deputy Clerk/ Intake
Seattle

**From:** myriam zayas <marandjazzmom@live.com>
**Sent:** Tuesday, April 28, 2020 4:28 PM

**To:** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>
**Subject:** Re: Hello.

Thank you for those forms I will correct what I have but I am ready to pay when ever. let me know how. I will correct the complaint I sent you as well so I will be sending a different one after I pay.

---

**From:** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>
**Sent:** Tuesday, April 28, 2020 3:51 PM
**To:** marandjazzmom@live.com <marandjazzmom@live.com>
**Subject:** FW: Hello.

Dear Ms. Zayas,

This message is from the US District Court regarding the complaint you recently submitted. The complaint will not be filed and your case will not be opened until the Court receives either the $400.00 filing fee or a completed IFP application. The application is attached to this email along with the civil coversheet and summons, which you may also file via this email. The Court must receive your completed IFP application or indication that you will pay the filing fee within 7 days or your documents will not be processed, and you will need to resubmit your case. Please note that the filing date for your case will be the date the Court receives either the completed IFP application. If you wish to pay the $400.00 filing fee, please indicate that in an email. Thank you.

**PLEASE NOTE: All documents should be submitted in PDF format and contain your signature**

Deputy Clerk/ Intake
Seattle

---

**From:** myriam zayas <marandjazzmom@live.com>
**Sent:** Tuesday, April 28, 2020 2:27 PM
**To:** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>
**Subject:** Hello.

I was told to send in the paperwork prior to filing in person and get an ok first. I have 20 years of documents with CPS that will not be available for a few months but the evidence I have in this case is recent and I do have all of it. This is a case that is active right now and is out of family court in Kent case 20-7-00666-0 I am pro se.

Myriam Zayas
360-602-1444